


UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
Plaintiff,
v.
Noe Carrillo - Paniagua
Defendant.

Case No. 5:18-Mj-259 Duty

ORDER OF DETENTION PENDING FURTHER REVOCATION PROCEEDINGS
(FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1))

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ______________ District of Oregon for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A. (✓) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

(✓) information in the Pretrial Services Report and Recommendation

( ) information in the violation petition and report(s)

(✓) the defendant's nonobjection to detention at this time

( ) other: ______________________________

and/ or

B. (✓) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

(✓) information in the Pretrial Services Report and Recommendation

( ) information in the violation petition and report(s)

(✓) the defendant's nonobjection to detention at this time

( ) other: ______________________________

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: 6/15/18

[signature]
SHASHI H. KEWALRAMANI
UNITED STATES MAGISTRATE JUDGE